IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

FIELD McCLINTON                                                    PLAINTIFF

VS.                                      CIVIL ACTION NO. 3:16cv342-DPJ-FKB

MANAGEMENT AND
TRAINING COPRORATION, et
al.                                                               DEFENDANTS

## <u>REPORT AND RECOMMENDATION</u>

On February 10, 2017, an order was entered and mailed to Plaintiff at the

address provided by him, stating that an omnibus hearing would be held on February

22, 2017, at 10:00 a.m.  Plaintiff did not appear at the hearing.   Accordingly, the

undersigned recommends that this action be dismissed for failure to prosecute.

The parties are hereby notified that failure to file written objections to the findings

and recommendations contained in this report within 14 days from being served with a

copy of this report will bar an aggrieved party, except upon grounds of plain error, from

attacking on appeal proposed factual findings and legal conclusions accepted by the

district court.  28 U.S.C. § 636; *Douglass v. United Service Automobile Ass'n*, 79 F.3d

1415 (5th Cir. 1996).

Respectfully submitted, this the 10th of March, 2017.


/s/ F. Keith Ball
UNITED STATES MAGISTRATE JUDGE