UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

FIELD MCCLINTON                                                                         PLAINTIFF

V.                                                          CIVIL ACTION NO. 3:16CV342 DPJ-FKB

MANAGEMENT AND TRAINING CORPORATION, ET AL.                       DEFENDANTS

ORDER

This cause is before the Court on the Report and Recommendation [22] of Magistrate Judge F. Keith Ball, recommending dismissal of this action. On October 10, 2016, Defendants filed a motion for summary judgment [19] seeking dismissal of Plaintiff's claims for failure to exhaust his administrative remedies. Plaintiff did not respond. On February 10, 2017, Judge Ball entered an Order setting the case for an Omnibus Hearing on February 22, 2107 at 10:00am. Plaintiff did not appear.

Accordingly, on March 10, 2017, Judge Ball entered his Report and Recommendation suggesting dismissal for failure to prosecute. Plaintiff was given fourteen (14) days to object. Plaintiff did not file an Objection, and the time to do so has passed.

The Court finds that the unopposed Report and Recommendation [22] should be adopted as the opinion of the Court. This action is dismissed for failure to prosecute. A separate judgment will be entered.

**SO ORDERED AND ADJUDGED** this the 31st day of March, 2017.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE